UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MICHAEL AARON JAYNE,

        Plaintiff,

  v.

J. POPE, et al.,

        Defendants.

NO. CIV. S-02-0418 WBS JFM

ORDER

----oo0oo----

        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. On March 7, 2005, a jury verdict was returned in favor of defendants. On February 8, 2006, plaintiff filed a request for transcripts of trial testimony offered in this action, to be prepared at government expense, for use in support of a habeas corpus petition filed by petitioner in state court. Plaintiff's request should be raised in the state court in which his habeas corpus action is pending. It will be denied without prejudice herein.

        IT IS THEREFORE ORDERED that plaintiff's February 8, 2006 request for trial transcripts be, and the same hereby is,

1

1 denied without prejudice.

2 DATED: March 30, 2006

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE