IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

    Plaintiff,                    No. CIV S-02-0418 WBS JFM P

    vs.

J. POPE, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Following a jury trial, judgment was entered in this action on March 8, 2005. On February 6, 2008, plaintiff filed a motion to seal the record in this action. By order filed July 21, 2008, petitioner's motion was denied without prejudice, the Clerk of the Court was directed to send a copy of petitioner's February 6, 2008 motion to seal to the United States Attorney for the Eastern District of California, and the United States Attorney was directed report to the court within thirty days on whether some or all of the instant record should be sealed in light of the allegations contained in plaintiff's February 6, 2008 motion. On July 31, 2008, the United States Attorney sent a letter to the court declining to comply with the court's order.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to file the July 31, 2008 letter from the United States Attorney and serve a copy of said letter on all parties to this action; and

/////

1

2.  The Clerk of the Court is directed to serve a copy of this order on the United States Attorney for the Eastern District of California.

DATED: August 25, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
jayn0418.let