IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

      Plaintiff,                  No. 2:02-cv-0418-WBS-JFM (PC)

   vs.

J. POPE, et al.,

      Defendants.          <u>ORDER</u>

                     /

        On August 29, 2008, plaintiff filed a document styled as a "Motion for Reconsideration to Seal the Complete Record with Attached Exhibits and Request for Referral to the U.S. D.O.J. for Investigation and Possible Prosecution," accompanied by a motion for injunctive relief. On September 2, 2008, plaintiff filed a motion to consolidate this action with three other cases. This civil rights action was closed on March 8, 2005. For that reason,

/////
/////
/////
/////
/////
/////

1

1  plaintiff's August 29, 2008 motions and plaintiff's September 2, 2008 motion are denied.

2  Plaintiff is advised that no orders will issue in response to future filings in this action.[1]

3        IT IS SO ORDERED.

4  DATED: November 17, 2008.

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

12
jayn0418.o2

---

[1] Nothing in this order precludes plaintiff from bringing a new ¶ 1983 action should he have cognizable claims for violations of his federal rights by individuals acting under color of state law.